DELANEY WILES, INC.
Howard A. Lazar
ABA 8604013
hal@delaneywiles.com
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

ZELESKEY LAW FIRM, PLLC
Loren Lowe
State Bar No. 24060483
llowe@zeleskey.com
1616 South Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 633-4212
Facsimile: (936) 632-6545

Attorneys for Defendant
TEXAS TIMBERJACK, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ROCK & DIRT ENVIRONMENTAL, INC. an Alaska corporation, | § § § | |
|---|---|---|
| Plaintiff, | § § | CASE 4:11-cv-00014-RRB |
| v. | § § § | |
| TEXAS TIMBERJACK, INC., a Texas corporation, | § § § | |
| Defendant. | § | |

**JOINT STATUS REPORT TO COURT**

TO THE HONORABLE JUDGE OF SAID COURT:

  COME NOW, Rock & Dirt Environmental, Inc., an Alaska corporation, Plaintiff, and Texas Timberjack, Inc., a Texas corporation, Defendant, and hereby make this Joint Status Report to Court, and would respectfully show unto the Honorable Court as follows:

1.

On February 23, 2012, the Court granted the Parties' Joint Request for Stay, as the Parties informed the Court that they were attempting in good faith to resolve this matter by way of settlement. Temperatures and weather delayed Defendant's inspection of the equipment at issue for a period of time. Defendant's inspection has now occurred. Therefore, the Parties expect to promptly enter into a settlement letter agreement and, pending final drafting of necessary settlement documentation, expect for this matter to be finalized and disposed of (via settlement) shortly thereafter. Accordingly, the Parties do not believe the stay issued by the Court on February 23, 2012 needs to be lifted at this time and respectfully request the stay currently issued remain in full force and effect until April 20, 2012.

WHEREFORE, PREMISES CONSIDERED, Rock & Dirt Environmental, Inc., an Alaska corporation, Plaintiff, and Texas Timberjack, Inc., a Texas corporation, Defendant, respectfully pray that the Court allow the stay of this case to continue until April 20, 2012, while the parties complete settlement of this matter.

Respectfully Submitted,

**AHLERS & CRESSMAN, PLLC**
999 Third Avenue, Suite 3800
Seattle, Washington 98104-4088

*/s/ Brett M. Hill*
John P. Ahlers, ABA #0707048
Brett M. Hill, WSBA #35427
(admitted Pro Hac Vice)
**ATTORNEYS FOR PLAINTIFF**

[Type text]
**Joint Status Report to Court** Page 2
*ROCK & DIRT ENVIRONMENTAL, INC. v. TEXAS TIMBERJACK, INC.* Case No.4:11-cv-00014-RRB

Case 4:11-cv-00014-RRB   Document 27   Filed 03/30/12   Page 2 of 3

**DELANEY WILES, INC**.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501
**LEAD COUNSEL FOR DEFENDANT
TEXAS TIMBERJACK, INC.**

*/s/Howard Lazar*
**Howard Lazar, ABA#8604013**

and

**ZELESKEY LAW FIRM, PLLC**

*/s/Loren Lowe*
**Loren Lowe**
State Bar No. 24060483
1616 South Chestnut
Lufkin, Texas 75902 - 1728
Telephone: (936) 633 - 4212
Facsimile: (936) 632-6545
llowe@zeleskey.com
**CO-COUNSEL FOR DEFENDANT TEXAS TIMBERJACK, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 30th day of March 2012.

*/s/Howard Lazar*
HOWARD LAZAR

4813-0190-2863, v. 1

[Type text]
**Joint Status Report to Court** Page 3
*ROCK & DIRT ENVIRONMENTAL, INC. v. TEXAS TIMBERJACK, INC.* Case No.4:11-cv-00014-RRB

Case 4:11-cv-00014-RRB   Document 27   Filed 03/30/12   Page 3 of 3