John Ahlers (ABA #0707048)
Brett M. Hill, WSBA #35427
(admitted pro hac vice)
Ahlers & Cressman, PLLC
999 Third Avenue, Suite 3800
Seattle, Washington 98104-4088
Telephone: (206) 287-9900
Facsimile: (206) 287-9902
Jahlers@ac-lawyers.com
bhill@ac-lawyers.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROCK & DIRT ENVIRONMENTAL, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS TIMBERJACK, INC., a Texas corporation,<br><br>Defendant. | NO. 4:11-cv-00014-RRB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS<br>(Civil Rule 41(a)(1)(A)(ii)) |

Rock & Dirt Environmental, Inc. ("R&D"), Plaintiff, and Texas Timberjack, Inc. ("TTI"), Defendant, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted by the parties in the above-captioned action shall be dismissed with prejudice. The parties have agreed to bear their

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS – Page 1 of 2

Ahlers & Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900  Fax: (206) 287-9902

122918.1/100190.4

| | |
|---|---|
| 1 | respective attorney's fees and costs incurred in this action. This stipulation is signed by |
| 2 | all parties who have appeared in this matter. |

DATED: May 1, 2012    DATED: May 1, 2012

**AHLERS & CRESSMAN PLLC**    **DELANEY WILES, INC.**

By: /s/ Brett M. Hill    By: /s/ Howard Lazar
    John P. Ahlers, ABA #0707048        Howard Lazar, ABA #8604013
    Brett M. Hill, WSBA #35427        Attorneys for Defendant
    (admitted pro hac vice)
    Attorneys for Plaintiff

DATED: May 1, 2012

**ZELESKEY LAW FIRM, PLLC**

By: /s/ Loren Lowe
    Loren Lowe, Tex Bar #24060483
    Attorneys for Defendant

STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHOUT FEES OR
COSTS – Page 2 of 2

A+C Ahlers & Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900   Fax: (206) 287-9902

122918.1/100190.4